UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

Vs.

LLOYDS BANKING GROUP

CASE NO. : 3:14cr165(MPS)

ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to the  Honorable Alvin W. Thompson  for all purposes including trial.   All further non-electronic pleadings  or documents in this matter should be filed with the Clerk's Office in  Hartford, CT  and bear the docket number 3:14cr165(AWT).

So ordered.

Dated at Hartford, Connecticut this 11th day of August,  2014.

_____/s/_____
Michael P. Shea
United States District Judge