UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 3:14-CR-00165 (AWT) |
| LLOYDS BANKING GROUP PLC | : | |

**NOTICE OF MODIFICATION OF DEFERRED PROSECUTION AGREEMENT**

The Government and defendant Lloyds Banking Group plc hereby respectfully notify the Court that the Deferred Prosecution Agreement in the above-captioned case, filed on July 28, 2014 (Docket Entry No. 6), has been modified by the letter between the parties, a copy of which is attached hereto as Exhibit A.

Dated: January 15, 2015

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

By: */s/Michael S. McGarry*
Assistant United States Attorney
Federal Bar No. ct25713
michael.mcgarry@usdoj.gov

|     | WILLIAM STELLMACH |
|     | ACTING CHIEF, FRAUD SECTION |
|     | CRIMINAL DIVISION |
|     | UNITED STATES DEPARTMENT OF JUSTICE |
|     | */s/Patrick M. Pericak* |
| By: | Patrick M. Pericak |
|     | Trial Attorney |
|     | DC Bar No. 503329 |
|     | 1400 New York Ave., NW |
|     | Washington, DC 20005 |
|     | (202) 305-4915 |
|     | Email: patrick.pericak@usdoj.gov |

*Attorneys for the United States of America*


HOGAN LOVELLS US LLP

By: */s/Marc J. Gottridge*
Marc J. Gottridge, CT12094
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
Email: marc.gottridge@hoganlovells.com

*Attorneys for Lloyds Banking Group plc*

# EXHIBIT A


# Hogan Lovells

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

December 16, 2014

Patrick M. Pericak
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, DC 20005

Re: Deferred Prosecution Agreement in *United States v. Lloyds Banking Group plc*, Crim. No. 3:14-CR-00165(AWT) (D. Conn.)

Dear Mr. Pericak:

I write regarding the deferred prosecution agreement dated July 28, 2014 in the above-captioned proceeding (the "DPA"). This letter confirms that the Department of Justice ("DOJ") and Lloyds Banking Group plc ("LBG") have agreed to modify the DPA, pursuant to Paragraph 23 of the DPA, as follows.

> Paragraph 9 of the DPA is hereby amended to insert the following sentence at the end of the paragraph: "For purposes of this paragraph 9, TSB Banking Group plc and its subsidiaries shall not be considered affiliates of LBG."

If this is acceptable to the DOJ, would you and Mr. Braun please sign where indicated below and return a fully executed copy of this letter to me at your earliest convenience.

Sincerely,

Marc J. Gottridge
D: 212-918-0643
marc.gottridge@hoganlovells.com

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Boulder Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jeddah Riyadh Zagreb

AGREED:

FOR LLOYDS BANKING GROUP PLC:

Date: 17/12/14     By: _____
                        Andrew Whittaker
                        General Counsel
                        Lloyds Banking Group plc

Date: December 17, 2014     By: _____
                                Marc J. Gottridge
                                Hogan Lovells US LLP

FOR THE DEPARTMENT OF JUSTICE, Criminal Division, Fraud Section

William Stellmach
Acting Chief, Fraud Section
Criminal Division
United States Department of Justice

Date: 1/07/15     By: _____
                      Daniel A. Braun
                      Deputy Chief, Fraud Section

Date: 1/7/15      By: _____
                      Patrick M. Pericak
                      Trial Attorney, Fraud Section